FILED

MAY 20 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

RONALD C. STOUT,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.

CV -08-678-ST

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $7325.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: May 20, 2010.

_____
Hon. Janice M. Stewart
United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff